DG
F. #2017R01904

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -                                      18-CR-102 (KAM)

PANAYIOTIS KYRIACOU,
   also known as "Peter Kyriacou," et al.,

                Defendants.

– – – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney David Gopstein from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney David Gopstein
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Brooklyn, New York 11201
       Tel: (718) 254-6153
       Fax: (718) 254-6076
       Email: david.gopstein@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David Gopstein at the email address set forth above.

Dated: Brooklyn, New York
        March 6, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ David Gopstein
      David Gopstein
      Assistant U.S. Attorney

cc: Clerk of the Court (KAM)